## 52048. AARON v. THE STATE.

BELL, Chief Judge.

The defendant was convicted of involuntary manslaughter by the commission of an unlawful act other than a felony. On appeal he contends only that the evidence is insufficient. We have examined the transcript and find that the evidence was sufficient to support the verdict.

*Judgment affirmed. Clark and Stolz, JJ., concur.*

SUBMITTED APRIL 5, 1976 — DECIDED APRIL 21, 1976.

*B. Clarence Mayfield,* for appellant.

*Fred M. Hasty, District Attorney, Thomas H. Hinson, Walker P. Johnson, Assistant District Attorneys,* for appellee.